Christopher C. Caine #168500
THE CAINE LAW FIRM
1365 N. Van Ness Ave.
Fresno, CA 93728
Telephone: (559) 266-4529
Fax: (559) 266-4533

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: **1:18-cr-00054-DAD** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **MODIFY TERMS OF RELEASE** |
| v. ) | |
| ) | |
| JULIAN AISPURO, ) | |
| ) | |
| Defendant. ) | Date: 8/27/18 |
| ) | Time: 1:00 P.M. |
| | Dept: 8 |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE. BARBARA A. MCAULIFFE AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

The Defendant, JULIAN AISPURO, by and through his attorney of record, CHRISTOPHER C. CAINE, hereby requests the modification of Mr. Aispuro's terms of release.

Mr. Aispuro is scheduled for status conference on August 27, 2018. Mr. Aispuro and Assistant United States Attorney, Laurel Montoya, with the agreement of United States Pretrial Services Officer, Ryan Beckwith, stipulate to the following: the condition requiring Mr. Aispuro to participate in the HOME INCARCERATION component of the Location Monitoring Program be replaced with the CURFEW component which will require Mr. Aispuro to be restricted to his residence every day from 9:00 PM to 6:00 AM or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: 8/20/18                    Respectfully submitted,


   /S/ Christopher C. Caine
Christopher C. Caine #168500
THE CAINE LAW FIRM
Attorney for Defendant


DATED: 8/20/18
   /S/ Laurel Montoya
Laurel Montoya
Assistant U.S. Attorney

**ORDER**

The terms of the pretrial release shall be modified in accordance with the parties' Stipulation.

IT IS SO ORDERED.

Dated: **August 23, 2018**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE