Christopher J. Caine #168500
THE CAINE LAW FIRM
1365 N. Van Ness Ave.
Fresno, CA 93728
Telephone: (559) 266-4529
Fax: (559) 266-4533

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: **1:18-cr-00054-DAD** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE** |
| v. | |
| JULIAN AISPURO, | |
| Defendant. | Date: 1/29/19<br>Time:<br>Dept: |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE.

MAGISTRATE JUDGE AND LAUREL MONTOYA, ASSISTANT UNITED STATES

ATTORNEY:

The Defendant, JULIAN AISPURO, by and through his attorney of record, CHRISTOPHER

C. CAINE, hereby requests a modification of Mr. Aispuro's terms of release.

Mr. Aispuro and Assistant United States Attorney, Laurel Montoya, with the agreement of

United States Pretrial Services Officer, Ryan Beckwith, stipulate to the following:

    the condition requiring Mr. Aispuro to participate in the CURFEW component of the Location

    Monitoring Program to be extended which will require Mr. Aispuro to be restricted to his

    residence every day from 10:00 PM to 6:00 AM or as adjusted by the pretrial services officer

    for medical, religious services, employment or court ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: 1/29/19                               Respectfully submitted,


 /S/ Christopher C. Caine
Christopher C. Caine #168500
THE CAINE LAW FIRM
Attorney for Defendant

DATED: 1/29/19

 /S/ Laurel Montoya
Laurel Montoya
Assistant U.S. Attorney

DATED: 1/29/19

 /S/ Ryan Beckwith
Ryan Beckwith
U.S. Pretrial Services Officer

**ORDER**

IT IS SO ORDERED.

Dated: **January 29, 2019**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE