| | |
|---|---|
| 1 | Christopher J. Caine SBN 168500 |
| 2 | THE CAINE LAW FIRM |
|   | 1365 N. Van Ness Ave. |
|   | Fresno, CA 93728 |
| 3 | Telephone: (559) 266-4529 |
|   | Fax: (559) 266-4533 |
| 4 | |
| 5 | Attorney for Julian Aispuro |

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: **1:18-cr-00054-DAD-BAM** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE** |
| JULIAN AISPURO, | ) | |
| Defendant. | ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE.

MAGISTRATE JUDGE AND LAUREL MONTOYA, ASSISTANT UNITED STATES

ATTORNEY:

The Defendant, JULIAN AISPURO, by and through his attorney of record, CHRISTOPHER J. CAINE, hereby requests a modification of Mr. Aispuro's terms of release.

Mr. Aispuro and Assistant United States Attorney, Laurel Montoya, with the agreement of United States Pretrial Services Officer, Renee Basurto, stipulate to the following:

> To remove the Location Monitoring Program and Curfew condition as agreed upon by Pretrial Services and the Assistant United States Attorney.

All other conditions not in conflict with this order shall remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: 10/29/19                    Respectfully submitted,


       /S/ Christopher J. Caine
Christopher J. Caine SBN 168500
THE CAINE LAW FIRM
Attorney for Defendant

DATED: 10/29/19

       /S/ Laurel Montoya
Laurel Montoya
Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED** that the terms of the pretrial release be modified.

IT IS SO ORDERED.

Dated:   **October 31, 2019**           /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE