McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>          v.<br><br>JULIAN AISPURO,<br><br>                           Defendant. | CASE NO. 1:18-CR-00054-DAD-BAM<br><br>STIPULATION REGARDING SELF-SURRENDER DATE; FINDINGS AND ORDER<br><br>DATE: January 13, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Dale A. Drozd |

The defendant was ordered to surrender to the designated BOP facility or the U. S. Marshals Service on or before January 13, 2021 at 2 p.m. The defendant is asking for additional time to surrender and the government has no objection.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, the defendant was ordered to surrender to the designated institution or the U. S. Marshals on or before January 13, 2021.

2.  By this stipulation, defendant and government now move to continue the surrender date to the designated institution or the U. S. Marshals to on or before July 14, 2021 at 2 p.m.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  On October 26, 2020, the defendant has been sentenced to a term of 120 months

1

in BOP.

   b) Counsel for defendant advises that defendant has tested positive for COVID-19 and is currently quarantining.  Additionally, counsel for defendant advises that defendant was involved in an automobile accident.  Defendant's personal injury attorney has advised that the defendant will be undergoing six to eight months of treatment as a result of the accident.

   c) The defendant agrees and stipulates that time should be excluded for the aforementioned reasons.  The government agrees and stipulates to the requested date.

   d) Counsel for defendant is requesting a new surrender date of July 14, 2021 in order for defendant to complete treatment and to be free of COVID-19.

 4. Defendant agrees to surrender to the designated institution or to the U. S. Marshals on or before July 14, 2021 at 2 p.m.

IT IS SO STIPULATED.

Dated:  January 6, 2021      McGREGOR W. SCOTT
              United States Attorney

              /s/ LAUREL J. MONTOYA
              LAUREL J. MONTOYA
              Assistant United States Attorney

Dated:  January 6, 2021      /s/ CHRIS CAINE
              CHRIS CAINE
              Counsel for Defendant
              JULIAN AISPURO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED that defendant will surrender to the designated institution or to the U. S. Marshals on or before July 14, 2021 at 2 p.m.

IT IS SO ORDERED.

Dated:  **January 7, 2021**      _Dale A. Drozd_
              UNITED STATES DISTRICT JUDGE