# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-CR-00054-JLT-BAM |
| Plaintiff, | ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY |
| v. | |
| JULIAN AISPURO, JR., | **FOURTEEN DAY DEADLINE** |
| Defendant. | |

A detention hearing as to Defendant Julian Aispuro, Jr. was held on March 9, 2018. (ECF No. 16.)  Defendant was ordered released to third party custodian Maricela Medina with conditions, including a $1,000 cash bond.  (Id.)  On March 9, 2018, Ms. Medina posted a cash bond in the amount of $1,000. (ECF No. 21.) The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (Id. at 2.)

On August 4, 2020, Defendant pleaded guilty to a charged offense.  (ECF No. 82.)  On October 26, 2020, the defendant was sentenced to a term of 144 months.  (ECF No. 104.)  Defendant reported to serve his sentence in July 2021.  (ECF No. 109.)

Given Defendant has reported to serve his sentence, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $1,000 appearance bond should not be released to the surety.  If the Government does not respond to this

1

show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated:   **May 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2