# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00054-JLT-BAM |
|---|---|
| Plaintiff, | ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| JULIAN AISPURO, JR., | |
| Defendant. | |

A detention hearing as to Defendant Julian Aispuro, Jr. was held on March 9, 2018. (ECF No. 16.) Defendant was ordered released to third party custodian Maricela Medina with conditions, including a $1,000 cash bond. (Id.) On March 9, 2018, Ms. Medina posted a cash bond in the amount of $1,000, receipt number #CAE100038490. (ECF No. 21.) The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (Id. at 2.)

On August 4, 2020, Defendant pleaded guilty to a charged offense. (ECF No. 82.) On October 26, 2020, Defendant was sentenced to a term of 144 months. (ECF No. 104.) Defendant reported to serve his sentence in July 2021. (ECF No. 109.)

On May 16, 2025, the Court ordered that the Government show cause in writing why the bond should not be released to the surety. (ECF No. 165.) On May 19, 2025, the Government stated it has no objection to reconveying the $1,000 bond to the surety. (ECF No. 166.)

The Court finds that Julian Aispuro, Jr. has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT, the $1,000 cash bond posted and secured by Maricela Medina on behalf of Julian Aispuro, Jr. is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order and return the $1,000 cash bond to Maricela Medina at the address on record.

IT IS SO ORDERED.

Dated: **May 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge